UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-24131-CIV-WILLIAMS

JOSE BERNARD and JOSE ROJAS,
Individually, and on behalf of other similarly
Situated,

    Plaintiffs,

vs.

ML AUTOMOTIVE GROUP, LLC,
et al.,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on the Parties' "joint motion for approval of settlement agreement upon in camera review and stipulation of dismissal with prejudice." (DE 68). Upon review of the motion and the record, it is **ORDERED AND ADJUDGED** that the Parties' motion for in-camera review of the settlement agreement is **DENIED**. The Parties are advised that on or before **October 12, 2018**, they **must** file the settlement agreement for the Court's review, and any stipulation must comply with the Eleventh Circuit's holding in *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). Although the Court does not favor motions to seal, if the Parties wish the settlement agreement to remain confidential, they may file a motion to file the settlement agreement under seal. The Clerk is directed to **CLOSE** this case for administrative purposes.

**DONE AND ORDERED** in chambers in Miami, Florida, this 1st day of October 2018.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE