UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-24131- CIV-WILLIAMS/Torres

**Jose Bernard** and **Jose Rojas**, individually, and on behalf of others similarly situated,

CLASS REPRESENTATION

    Plaintiffs,

vs.

**ML Automotive Group, LLC**, *et al.*,

    Defendants.
_____/

## PLAINTIFFS' NOTICE OF FILING SETTLEMENT AGREEMENT

Plaintiffs, by and through undersigned counsel, hereby provide Notice of Filing the Settlement Agreement entered into by the parties, and state as follows:

Attached hereto as **Exhibit 1**, is the fully-executed "Settlement, Release and Non-Disclosure Agreement" entered into between the parties. The Court has previously ordered that the Settlement Agreement be filed as a matter of public record [DE 70 and 76], and Plaintiffs previously served their "Notice of Intent to Comply with Court Orders…Requiring Public Filing of Settlement Agreement" [DE 79].

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 5, 2018 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF and served on all counsel of record and parties listed on the Service List below.

ANTHONY F. SANCHEZ, P.A.
Counsel for Plaintiffs
6701 Sunset Drive, Suite 101
MIAMI, FL 33143
Tel.: 305-665-9211
Fax: 305-328-4842
E-mail: afs@laborlawfla.com

By: /s/Anthony F. Sanchez
    Anthony F. Sanchez
    Florida Bar No.0789925

## **SERVICE LIST**

Anthony F. Sanchez, Esq.
Florida Bar No.: 789925
Email: afs@laborlawfla.com
Email: faz@laborlawfla.com
*Counsel for Plaintiffs*
ANTHONY F. SANCHEZ, P.A.
6701 Sunset Drive, Suite 101
Miami, Florida 33143
Tel:    305-665-9211
Fax:    305-328-4842

Susan Potter Norton, Esq.
Florida Bar No.: 201847
Email: snorton@anblaw.com
Email: lgonzalez@anblaw.com
Suhail M. Morales, Esq.
Florida Bar No.: 84448
Email: smorales@anblaw.com
*Counsel for Defendants ML Automotive Group, LLC and NM1, LLC*
ALLEN, NORTON & BLUE, P.A.
121 Majorca Avenue
Coral Gables, Florida 33134
Tel:    305-445-7801
Fax:    305-442-1578
*Via Notice of Electronic Filing*

Daniel F. Blonsky, Esq.
Florida Bar No.: 972169
Email: dblonsky@coffeyburlington.com
Email: groque@coffeyburlington.com
Email: service@coffeyburlington.com
Scott A. Hiaasen, Esq.
Florida Bar No.: 103318
Email: shiaasen@coffeyburlington.com
Email: lperez@coffeyburlington.com
Email: service@coffeyburlington.com
*Counsel for Defendant VW1, LLC*
COFFEY BURLINGTON, P.L.
2601 South Bayshore Drive, Penthouse One
Miami, Florida 33133
Tel:    305-858-2900
Fax:    305-858-5261
*Via Notice of Electronic Filing*