UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-24131-CIV-WILLIAMS

JOSE BERNARD and JOSE ROJAS,
Individually, and on behalf of other similarly situated,

    Plaintiffs,

vs.

ML AUTOMOTIVE GROUP, LLC, *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on the Parties' joint motion for approval of FLSA settlement. (DE 80).

In this Fair Labor Standards Act (FLSA) action, the Parties request that the Court approve their Settlement Agreement. To approve the Settlement Agreement, the Court must determine that the compromise is a fair and reasonable resolution of a bona fide FLSA dispute. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Furthermore, where a plaintiff is represented by counsel, review of the reasonableness of attorneys' fees serves to "assure both that counsel is compensated adequately and that no conflict of interest taints the amount the wronged employee recovers under a settlement agreement." *Silva v. Miller*, 307 Fed. App'x 349, 351 (11th Cir. 2009).

The Settlement Agreement, provided to the Court by the Parties, states that Plaintiffs will receive $102,659.00 collectively and that Plaintiffs' counsel will receive $67,341.00 in fees and costs. The Court finds that the compromise reached by the

Parties is a fair and reasonable resolution of this dispute. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

(1) The Motion for Approval of Settlement (DE 80) is **GRANTED**. The Parties' Settlement Agreement is **APPROVED**.

(2) This action is **DISMISSED WITH PREJUDICE** each side to bear its own fees and costs except as otherwise provided in the Settlement Agreement.

(3) All pending motions are **DENIED AS MOOT.**

(4) The Clerk is directed to **CLOSE** this case for administrative purposes.

(5) The Court retains jurisdiction to enforce the terms of the settlement agreement for 6 months from the date of this Order.

**DONE AND ORDERED** in chambers in Miami, Florida, this 9th day of November, 2018.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE